Kyoung H Ko
1388 W Latimer Ave
Campbell CA 95008
(408) 455-9833

FILED

JAN 10 2018

CLERK SUSAN Y. SOONG
U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYOUNG H. KO,                          )
                                       )
                    Plaintiff,         )
                                       )
        vs.                            )        CASE NO.  17-6427 HRL
                                       )
                                       )        First Amended/Breach Of Contract
USPS PMG MEGAN J. BRENNAN,             )        EMPLOYMENT DISCRIMINATION
                                       )                    COMPLAINT
                    Defendant(s).      )
                                       )
_____)

1.      Plaintiff resides at:

        Address  1388 W Latimer Ave

        City, State & Zip Code    Campbell  CA 95008

        Phone   (408) 455-9833

2.      Defendant is located at:

        Address   475 L'Enfant Plaza SW

        City, State & Zip Code   Washington DC 20260-2200

3.      This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employ-

ment discrimination.  Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5.

Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.      The acts complained of in this suit concern:

        a. __ Failure to employ me.

        b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                    - 1 -

c. __ Failure to promote me.

d. _X_ Other acts as specified below.

Violation of ELM 665.2 (see attached) and Forcing me to retire as soon as I had reached 55 for one envelope issue happened on 02-01-13 without any proper equivalent compensation ~ value as it stated on the settlement page 3 of 4 second bullet—'I have received something which has value to me from the Postal Service in exchange for signing this agreement.' This was a breach of contract no one bothered to follow up, which I have been bringing to the attention of our justice system; when I asked how you could say it was not an age discrimination when you could not have had this kind of settlement, had I not been 55, Ms. Deborah(Post Office Attorney stated: 'We asked Mrs. Ko to **resign'** instead of to retire.'

5.   Defendant's conduct is discriminatory with respect to the following:

a. __ My race or color.

b. _X_ My religion.

c. __ My sex.

d. __ My national origin.

e. _X_ Other as specified below.

Age,

6.   The basic facts surrounding my claim of discrimination are: Turning age 55; retaliation, Violation of ELM 665.23

Form-Intake 2 (Rev. 4/05)                - 2 -

7.    The alleged discrimination occurred on or about 2-01-13 _____.

(DATE)

8.    I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged discriminatory conduct on or about 12-02-13 _____.

(DATE)

9.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about 08-08-17 _____.

(DATE)

10.    Plaintiff hereby demands a jury for all claims for which a jury is permitted:

Yes _____    No X

11.    WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: 1-10-17 _____

SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION        Kyoung H Ko _____

IS NOT REQUIRED.)        PLAINTIFF'S NAME

(Printed or Typed)

Form-Intake 2 (Rev. 4/13)            - 3 -

12. <u>One million dollars penalty for one empty penalty envelope; justice?!?</u>: Because the settlement was signed in violation of ELM 665.23--possibly void, I could request this appeal to be granted; reason being, most lawyers, judges and/or people could not deny but agree that paying almost a million dollar worth penalties for one empty envelope issue would be too severe ~ a way overkilling. If so, my appeal needs to be granted since no one can deny that it is a gross injustice. That is this case; therefore, without knowing this background, most people can also simply say about this case that 'there is no case since she had signed the document to retire.' I am filing this appeal to rectify this gross injustice that had/has been going on and will be going on until my death.

13. <u>The Law or right violated</u>: (1) Proportionality: As far as I understand, our judicial system's fundamental principle behind proportionality is that the punishment should fit the crime; in other words, we need to consider and compare the nature and gravity of the offense and the harshness of the penalty. As far as I know, proportionality is also present in other areas of municipal law, such as civil procedure. Penalizing a good employee with close to a million dollars damage for one empty envelope incident does not seem to reflect this proportionality at all.

(2) The US Postal Service, ELM—Employee Labor Manual 665.2: Had my management followed the instruction of the ELM 665.2, this settlement could not have existed—"665.2: Prohibited conduct: 665.23 Discrimination: Employees **acting in an official capacity must not directly or indirectly authorize, permit**, or **_participate in any action_, event, or course of conduct that subjects any person to discrimination,** or results in any person being discriminated against on the basis of race, color, religion, sex, national origin, **age (40+),** physical or mental disability, marital or parental status, sexual orientation, or any other nonmerit factor, or that subjects any person to reprisal for prior involvement in EEO activity.' I know our management expects their employees to behave aligning with the all ELM rules/regulations; consequently, I do expect my management to follow the ELM 665.23, which clarifies that the settlement is in violation of age discrimination that no management should have had as a settlement option to force anyone to retire.

14. <u>Key points to consider carefully</u>: Major stress from all harassments, ESL—English Second Language, retaliation of my acting manager and my previous manager and/or her conflict of interest to get promoted and deception--why I have been strongly believing that this case definitely needs to be reconsidered and rectified before reaching to a quick shallow surficial conclusion of 'you signed settlement; that's that' or to even contemplate a dismissal: (1) Major undue Stress: My Representative advised me to take the retirement seeing how stressed out I was. I have to confess that I was too stressed out to make a reasonable wise decision ~ consideration of the important

-4-

decision as retirement: Sending an OIG—Office of Inspector Generals (my understanding, they handle more serious criminal like cases when a postal inspector would handle less serious cases) to my personal residence accusing me of hiring a hit man to kill my acting manager, identity theft, stealing postal property, which all of them, did not even enter into my mind. If you have endeavored and lived all your life to be honest and to live a good, positive constructive life, I am not sure if anyone can imagine how thunder striking like stress this kind of false accusation(s) ~ assumption would cause ~ impact you; all these false accusation, placing me to a leave without pay ~ administrative leave (first they had placed me LWOP, no income--I was a widow/single mother, which made me very concerned since I had a mortgage payment to make)...At first I thought I could listen to my representative who was totally empathizing how stressed out I was, but as time had approached, the more I had thought carefully, the less I had felt I could retire considering my health—I got my physical done in May 2016, I was rated as 'Preferred Plus'—the top~ the healthiest--and my finances since I was a widow, making ends meet with one income, I had to look for another job; if I would have to look for another job, why would I retire?' So I chose the second option—removal—to file a grievance to return to duty. Had they compensated me something of value as the settlement stated, that would have compensated the differences up to a certain degree that I have been endeavoring to recover now, I do not think I can file this civil case or would have been reluctant to retire then—12-01-13.

(2). ESL: I thought I understood the settlement correctly when I had signed; had I known that I had misunderstood, I could have asked to Mr Perez—my representative since he was right there with me for clarification. I thought I could have two choices—retirement or removal; I was told numerous times by our APWU—American Postal Worker's Union—that I could file a grievance for any disciplinary actions: 'Grievances should be filed within 14 days of an incident – whether it is a warning letter, suspension or removal--or when a violation of the contract occurs.' My union rep, as I had contacted him around 12-01-13, had filed a grievance for me after they had processed my removal. No one told me that I could not file another grievance for this removal.

I used to work in Personnel/HR almost ten years and had processed numerous separation actions. You normally issue two three letters of warnings; then, two three suspension—7 day, 14 day...; then, removal was issued to make sure that the management had made every effort to correct the employee's behavior instead of making it punitive. Yet my case, they had only one letter of warning; one suspension; then, removal; they clearly rushed to get rid of an employee. This had shown how much they had cared, and all began with one envelope issue; for that, forcing an

employee, who had worked hard all her career so faithfully, without compensating a proper value when the damage of this forcing could be more than one million dollars, is the gross injustice I have been endeavoring to rectify.

a. No where in this settlement, mentioned that I could not file another grievance on this removal.

b. When it said,' I have received something which has value to me from the Post Service in exchange for signing this agreement,' I **DID NOT** get anything that has value to me like up to $1,000,000 to compensate what I had lost/am/will be losing. I had wanted to work until 12-01-13, but she forced me to use up all my vacation time, which could have helped my income after I retired, and all my sick leave hours that could also have raised my pension as well.

c. When I filed the grievance around 12-2013, they said it was not timely filed; I filed within 14 days from 12-01-13 when it happened; I withdrew the initial grievances per the settlement, but for the second grievance, they were using back to February instead of December, did not seem to make any sense; I do not know if it is my ESL dilemma or their simple politics.

(3). Retaliation/Conflict of interest:

a. She got promoted after dealing with my case by my previous manager who had been harassing me, and he was in a position to give her what she had wanted.

b. Mr Vasquez (now retired; former San Jose postmaster who had a say in who could be promoted) had been retaliating every department I was going to, starting with him abolishing my job in 2005 and letting one of the Spanish lady do my job. When I endeavored to move on without fighting back, and asked postmasters, who I used to work with, for the Manager Post Office Operations where we had managed all postmasters' performances, if I could be an acting supervisor, no one could respond in fear of Mr. Vasquez; when Mr. Don Cattivera—Santa Cruz Postmaster--graciously granted my request, Mr. Vasquez sent his staff over to the Santa Cruz Post Office to harass Mr. Cattivera; Mr. Cattivera ended up retiring after Mr. Vasquez was harassing him non-stop. This is just one example of retaliation.

(4) Deception: Everyone seemed to be busy and concerned about me retiring on 12-01-13 (by the way, I had filed a deferred annuity application; OPM told me I was eligible for the regular retirement, so I ended up adhering to the settlement after all); not sure if 'value' in Post office view could have been 'retirement' to prevent 'a removal disgrace?' I do not believe it could have been since I took removal <u>by choice</u> and got my pension without settlement's effect. Settlement just had caused me to be forced to retire which had cost/is costing/will be costing in total almost $1,000,000(+) when I was not ready to retire at all; furthermore, when I had wanted to work from

May through November 2013, my acting manager had forced me to use all my vacation time and sick leave hours so that I could not to return to duty showing such a hatred and/or hostility; these had also damaged my finances even further by preventing me from getting extra income right after the retirement and higher pension getting credit for all my sick leave hours toward my pension calculation.

(5) My inexperience totally had contributed to these misunderstanding:  I never had dealt with this kind of wicked selfish management who deceived and focused on 'all about herself'; not an ounce of what ~ how other people could suffer, especially a good employee with thirty one years of faithful service. It was almost like a crime to harass an employee who had all intention and willingness to learn and improve by the micromanaging and destroying her 30+ years of postal career, which had started with 100% entrance exam score followed by the several outstanding track records of all my schemes trainings.  I do not recall exactly how I had performed during that nightmare like nine ~ ten months period, but I can recall clearly how harassed I had felt by her micro-managing; it almost reminded me of the blackboard nail screech noise like; It was very unpleasant, frustrating annoying work environment where I could understand why other postal employee(s) could have become so violent when they did not have any faith; I had shown up work on time; I had worked 8 hours a day without fooling around; I had hired all highway contract drivers--clearing their background check, issuing their ID's, taking care of all their paperwork so that they could get paid properly; I had checked all around the post office buildings counting all the empty equipment for the mail processing department to make sure they had enough equipment to process mail by ordering from the area/other offices every week; I had inspected all trucks of the new contractors once the old contracts were expired; I had rescheduled ~ added ~ deleted trips to accommodate the mail processing's needs/requests; I had processed all extra trips' accounts payables and sent to our MN Postal Data center to get our contractors paid; I had worked different schedules to accommodate their request for the contractor's truck schedules; I did everything they had taught me to do in spite of the ongoing harassment and their incompetent managing skills; I did not have even one <u>poor work performance</u> disciplinary letter other than this failure to follow instruction because I was using postal computer during my break and/or lunch time after I was told I could for a minimum usage by my real manager; my manager who was new to the department took Ms. Ortiz—supervisor then, to the every Executive staffing meeting with her, had shown how competent (my observation: it was 'who you know' not 'what you know'; she was a supervisor in Salinas and Mr.Vasquez's favorite; he was the very one who had been retaliating my career all along; manager got the job without knowing much about

transportation operations; consequently, when I did not see the SOP, I could see why; Ms. Ortiz might have been able to come up with some kind of SOP for the department, yet she seemed to be a way more busier ~wasteful in nick picking than what was needed for the operations. I had all willingness and intention to improve myself for the good of all—the post office, customer, contractor, myself...; I feel I had proved competent when I could learn and perform in Personnel ~ HR for ten years; starting with my ESL condition, then, I was not speaking/writing as fluent as I am now, almost from a scratch, at the end, I was able to assist several people in the office including processing hundreds of retirements without any obstacles. Yet the Transportation Office did NOT even have any SOP to follow, which made me more puzzled and frustrated. Until then, I saw all other departments I had worked for, had some type of a SOP to follow. I feel almost insulted for them to challenge my 31 years of postal career where I had worked hard; most people knew that I was a goal getter, persistent, hard working and conscientious and innovative (I had noticed some managements were resenting my endeavor to be innovative)--as I always had strived to improve the way we were doing our business to provide our customers better services(some even suggested I should have worked for Google); I always did my best to make my customers happy making them smile, treating them like a king ~ golden rule, believing strongly that if we would make our customers happy, after all, we all would succeed. Mr. Darryl A. Ishizaki—former Honolulu district manager (I believe he is now retired) was one of the rare management made me feel he really cared for his employee(s); I loved how he managed because he knew how to appreciate a hard working employee(s). He knew I was a hard working goal getter, and whatever assignment he gave me, I had achieved the goal for him, his operations and/or US Postal Service. He did NOT micromanage like Ms. Ortiz because he understood what kind of employee I was. He made me desire to work 150 ~ 200% for the company by treating me right; I sometimes had worked 12, 14, 16 hours a day without getting any overtime pay, which I did not mind; he made me feel like I were as though a treasure like employee. Ms. Ortiz was treating me as though I had worked for the post office for only three days after I had been for thirty years. I had almost a dozen of awards, Special Achievement and/or Certificate of Appreciation(s):

2005 Certificate of Appreciation

02-2003  1500 Hour Sick Leave Pin

2002  Certificate of Appreciation

2003  Certificate of Appreciation

08-20-01  Certificate of Appreciation

1999  250 National Smart Solution Award

12-03-90  Special Achievement Award

01-29-90  Letter of Commendation – Attendance

04-24-89  Letter of Appreciation –Outstanding Personnel Action Report (Nationwide)

10-05-88  Letter of Appreciation – Affirmative action Participation

02-09-88  Letter of Appreciation – ASL Completion

04-06-87  Certificate of Appreciation – Suggestion

f. Age discrimination:  Had I not been 55, they could not come up with this kind of a settlement to damage this degree, so I feel it was a complete and clear age discrimination whether they intended it or not.  More than 36% of the current postal employees are over 55~64; 80.6%, 45~64years old; per my observation, 90~99% of those folks whom I had worked with in the main San Jose Post Office, had been taking a half an hour breaks everyday, which could ended up stealing about $3,500/year from the post office, and this had been going on for several years (I believe even up to now; I brought it to their attention; they did not want to cause any turmoil?!); you do not even bring it to their attention for this ongoing blatant robbery, yet you were trying to punish me with one empty envelope that could have cost $0.05~ $2.00(?)  at the most by forcing me to retire, and letting $3,500 robbery employees continue their employment!  Does this sound like an Equal Employment Opportunity?  Forcing me to retire by having this settlement was a clear age discrimination, which was a violation of the ELM 665.23: 'ELM 665.2 Prohibited conduct: 665.23 **Discrimination**: Employees **acting in an official capacity must not directly or indirectly authorize, permit**, or **participate in any action, event, or course of conduct** that subjects any person to discrimination, or results in any person being discriminated against on the basis of race, color, religion, sex, national origin, **age (40+),** physical or mental disability, marital or parental status, sexual orientation, or any other nonmerit factor, or that subjects any person to reprisal for prior involvement in EEO activity.'

15. Brief History:

10-04-1982:  Started working as a MPLSM—Multi Positions Letter Sorting Machine clerk.

1986~1996:  Personnel Clerk

1996~1997:  BMEU—Business Mail Entrance Unit

1997~ 2005:  MPOO—Manager Post Office Operations--Executive Secretary

2005~2012:  BMEU

2012~2013:  Transportation Clerk

02-01-2013: After punching out the clock to end my tour, on my own time, I was writing a letter to Andrew McNab—Soledad Inmate then, whose mother had asked us to write him during our Sunday school classes. One of the reasons why I did this, was to follow the instruction of our ELM—Employee and Labor Relations Manual 665.16: 'Behavior and Personal Habits Employees are expected to conduct themselves during and outside of working hours in a manner that **reflects favorably upon the Postal Service**. Although it is not the policy of the Postal Service to interfere with the private lives of employees, it does require that postal employees be honest, reliable, trustworthy, courteous, and of good character and reputation…' I understand many people would treat an inmate just like a trash, but I had been respecting him as a human being since everyone deserves a second chance; I was writing to disciple him so that I could help him think ~ act different than before when he would come back so that he would not have to go back to the prison ever again Lord willing! I feel I had been conducting favorably upon the postal service by writing him ~ endeavoring to help him, for all—myself, Andrew(inmate), society, US Postal service who expected for us to be honest, reliable, trustworthy, courteous, and **of good character** and reputation), yet my acting manager started screaming at me to leave; if I were her, I would have find out what, why and try to understand and even help her if I saw employee's good intention instead of forcing 'my way highway; I am the boss attitude'; I had to hurry (I had left my thumb drive as I had hurried out) in the computer; they had read all my personal documents, which had made me so violated and humiliated) and to pack grabbing one empty penalty envelope, which I was told that I could use by my previous management as long as I would use it with my own stamps on top of the indicia—US Postage paid… She said out loud, 'Kyoung stole the postal property.' She called our district manager who told her to place me on LWOP—leave without pay and escorted me out taking my ID Badge; I felt so shocked, belittled, confused and/or embarrassed.

05-23-2013: Settlement

12-01-2013: Removal

02-2014: Filed a Deferred Retirement application per my union steward's advice

05-2014 ~ 2015: Got the property Casualty Insurance license, Series 6 and Series 63 licenses; have been working for various insurance companies, which has been very learning experience; now working with Thrive Wealth Solution

16. How to reach the one million dollar compensation:

    a. The difference between my pension (2013) and my regular salaries for ten to fifteen years

    b. All the benefits—vacation times and sick leave for the same periods: 2013 ~ 2018 ~2023

c. The difference between my two pension figures (2013 and 2018/2023 since my pension would be higher in 2023 or 2028) for the approximately 20 ~ 50 however longer I would live.

d. All the promotion opportunities I had missed since I was about to gear up for any management position when all this ordeal broke out and the difference of the possible salaries and/or pensions had I gotten any possible promotion I was aiming for.

17. <u>Why this case needs to proceed:</u>

(1) The defendant may possibly request to dismiss this case because we had signed the settlement, but <u>unless they can explain **clearly** **what value**</u> they had given me as the settlement had indicated when they had forced me to retire when I was not ready to retire, this case needs to proceed. Also, unless they can either explain to me or prove that they did NOT violate the ELM 665.23 by this settlement, this case needs to proceed.

(2) If they cannot answer 'yes' to the question beyond shadow of doubt and without any reservation--'Would you have appreciated had this been done to you,' this case needs to proceed.

(3) Unless you can explain why defendant's attorneys were using '**resign**' almost a dozen times— 'requiring resignation,'' did not resign,'' agreed/failed to resign'...--it is clear that it was not the typos when used that many times--instead of 'retire ~ retirement'; I am guessing they might have done so to avoid their age discrimination offense by using it instead of 'retire ~ retirement.'

18. <u>Conclusion:</u> It has been a blatant evil ~ gross injustice done by my management abusing their position and their ambition to ruin a good employee's thirty one years of her faithful career for one empty envelope incident, which I **was told** by my previous management that I could use if I used it with my own stamps on the indicia, without properly compensating ~ providing something of value that our judicial system can take a look at it closely, execute a pure justice and rectify all this ongoing injustice once for all--the damage had been done since December 1, 2013, has been going on and will be going on until my death if it would not get corrected.  Even if my English Second language may not render the terms of an agreement invalid, the impact ~ damage of this settlement that had forced me to retire, did not eliminate or avoid the fact that it was a clear age discrimination since this settlement could not have existed had I not been 55+; she specifically mentioned during our mediation 'as soon as you <u>turn to 55</u>, you will retire, or we will remove you!' Whether it had been signed or not, since it had violated the existing US Postal Service's ELM 665.23, both Mr. Calmes—Labor Relations Representative and Ms. Ortiz—acting manager, who *were acting in an official capacity*, should not have *directly participated* or signed to authorize that had resulted

Kyoung H Ko being discriminated against on the basis of her age—55 by signing to force her to retire as soon as she had turned 55 in 2013.

I am respectfully requesting to stop this on-going gross injustice once for all including me, society, you judicial system who cares for and carries out the justice for all.

Thank you for listening!  Thank you in advance for your reconsideration!

DATED:  1-06-18

Signature of Plaintiff

Kyoung H Ko
Plaintiff's Name